# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: Richard David Froelicher III   SSN: XXX-XX-XXXX   CASE NO.
Joint Debtor: Kimberly M Froelicher   SSN: XXX-XX-XXXX   Median Income: [X] Above   [ ] Below
Address: 107 Huntington Hill Dr
Clinton, MS 39056

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed.  The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $ **710.00** ([X] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
Debtor to self pay Trustee

(B)   Joint Debtor shall pay $ _____ ([ ] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:

| | | |
|---|---|---|
| Internal Revenue Service: | $ 0.00 | at $ 0.00 /month |
| Mississippi Dept. of Revenue: | $ 2,147.00 | at $ 35.78 /month |
| Other / _____ : | $ 0.00 | at $ 0.00 /month |

**DOMESTIC SUPPORT OBLIGATION. DUE TO:**   Nicole Froelicher
724 Ann St #D-1
Brookhaven, MS 39601

POST PETITION OBLIGATION: In the amount of $500.00 per month beginning __current__ .
To be paid [X] direct, [ ] through payroll deduction, or [ ] through the plan.

PRE-PETITION ARREARAGE: In the total amount of $ $0.00 through __current__ which shall be paid in the amount of $ NA per month beginning NA .
To be paid [ ] Direct, [ ] through payroll deduction, or [ ] through the plan.

**HOME MORTGAGES**.  § 524(i) Application of Payments.  All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein. All holders and/or servicers of claims secured by liens on real propety recognize that this Plan provides for the curing of default on its claim and maintenance of payments while the case is pending, and shall accept and apply all payments in accordance with the terms of the loan documents, the Bankruptcy Code, and the terms of the Plan, whether such payments are immediately applied to the loan or placed into some type of suspense account.  Upon completions of the Plan in full, the pre-petition arrearages shall be deemed  contractually cured.  Holders and/or serivces of such secured claims shall notify the Trustee, the debtor, and the attorney for the debtor of any changes in the interest rate for an adjustable rate mortgage and the effective date of the adjustment, and shall notify the Trustee, the debtor, and the attorney for the debtor of any change in the taxes and insurance that would either increase or reduce the escrow portion of the monthly mortgage payment, and to otherwise comply with 11 U.S.C. § 524(i).

| | | | | | |
|---|---|---|---|---|---|
| Mtg pmts to | Trustmark | Beginning | Apr-15 | @ $ 963.00 | [ ]Plan [X]Direct |
| Mtg pmts to | | Beginning | | @ $ | [ ]Plan [ ]Direct |
| Mtg pmts to | Trustmark | Through | April | $ 0.00 @ $ | 0.00 /mo |
| Mtg pmts to | | 0 Through | | $ @ $ | /mo |

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:   NONE                           Approx. amt.due:                         Int. Rate:
Property Address:                                    Are related taxes and/or insurance escrowed?   [ ] Yes  [ ] No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Capital One | 2010 Tahoe | | $18,956.00 | $15,682.50 | 5% | Value |
| CarMax | 2008 Mustang | | $13,735.00 | $9,990.00 | 5% | Value |
| Sheffield | 2014 Polaris | | $6,000.00 | $3,900.00 | 5% | Value |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325.

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Yamaha | 2008 Vstar | $3,300.00 | Surrender |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total). Student loans will not be discharged.

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| ACS | $20,000.00 | Student Loans will not be discharged. | Defer; Pay $0 thru Plan |
| Nelnet | $20,000.00 | Student Loans will not be discharged. | Defer; Pay $0 thru Plan |
| Nelnet | $3,300.00 | Student Loans will not be discharged. | Defer; Pay $0 thru Plan |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
NONE

**GENERAL UNSECURED CLAIMS** total approximately $   54,112.50   .Such claims must be *timely filed & not disallowed* to receive payment as follows:   IN FULL   (100%)  **OR**   0 %(percent) MINIMUM, **OR** a total distribution of $   0.00   , with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:        $3,200.00
Attorney fee previously paid:      $500.00
Attorney fee to be paid in plan:   $2,700.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

**Attorney for Debtor:**  Frank H. Coxwell, 500 N State St, Jackson, MS 39201
**Telephone No.**  (601) 948-4450  **Facsimile No.**  (601) 608-7858   **Email:**  frank@coxwellattorneys.com

DATED:   4/28/2015          ATTORNEY'S SIGNATURE          */S/ Frank H Coxwell, III*
                            DEBTOR'S SIGNATURE            */S/Richard David Froelicher III*
                            JOINT DEBTOR'S SIGNATURE      */S/Kimberly M Froelicher*